[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-12389
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 12, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-60485-CV-CMA

MICHAEL DIAMOND,

                                        Plaintiff-Appellant,

versus

SHERIFF OF BROWARD COUNTY SHERIFF'S OFFICE,
Al Lamberti, in his official capacity,
MICHAEL A. CORBETT, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 12, 2008)

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Michael Diamond appeals the district court's grant of summary judgment in his 42 U.S.C. § 1983 action in favor of Alfred Lamberti, in his official capacity as Sheriff of Broward County Sheriff's Office (BSO), and BSO Officers Michael A. Corbett and James M. Garrison. Specifically, Diamond asserts there is a genuine issue of material fact as to whether Corbett and Garrison deprived Diamond of his right to be free from unreasonable search and seizure under the Fourth Amendment, and that Corbett and Garrison are not entitled to qualified immunity. Diamond further asserts the policies and procedures of BSO allowed for activities by its police officers which violated the Fourth Amendment rights of Diamond and that BSO's failure to properly train and supervise its officers resulted in the violation of Diamond's Fourth Amendment rights.

After review of the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned Order on Motions for Summary Judgment entered on April 1, 2008.

**AFFIRMED.**